GMP:KMP
F. #2014R00368/OCDETF# NY-NYE-750

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SHAMEEKA SMITH,
    also known as "Meeka,"

                Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§ 853(a), 853(p), 960(b)(3)
and 963; T. 18, U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

<u>CONSPIRACY TO IMPORT HEROIN</u>

    1.    In or about and between April 2013 and May 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SHAMEEKA SMITH, also known as "Meeka," together with others, did knowingly and intentionally conspire to import into the United States from a place outside thereof a substance containing heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1).

    (Title 21, United States Code, Sections 963 and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATIONS</u>

    2.    The United States hereby gives notice to the defendant that, upon her conviction of the offense charged herein, the government will seek forfeiture in accordance

with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

        3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2013R00877

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*SHAMEEKA SMITH,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), 960(b)(3) and 963; T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Kenji M. Price, Assistant U.S. Attorney (718) 254-6059*