## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Cheryl L. Pollak         **DATE :**   3/14/14

DOCKET NUMBER:   14CR115(PKC)         LOG # :  11:22 - 11:27

DEFENDANT'S NAME :   Shameeka Smith
   ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL :   Lawrence Gerzog
   ___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A:   Amref Kchrawala  Kenji Price         DEPUTY CLERK :   Felix Chin

INTERPRETER : _____ (Language) _____

____ Hearing held.   ____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start____   Stop____

✓ Order of Speedy Trial entered.   Code Type____   Start 3/14/14   Stop 3/21/14

____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 3/21/14 @ 12:00 before Judge Chen

OTHERS : ____